# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

161391(26)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HARRY MAINE, JR.,
      Defendant-Appellant.

SC: 161391
COA: 353111
Wayne CC: 15-000907-FC

_____/

On order of the Court, the motion for reconsideration of this Court's October 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021

Clerk

b0222